**Order entered December 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01023-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**ELI RODRIGUEZ, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F11-36048-X**

## ORDER

The reporter's record has been filed in this appeal, but the clerk's record has not been filed. On October 21, 2013, this Court ordered the Dallas County District Clerk to file the clerk's record within twenty-one days. To date, the clerk's record has not been filed nor has the Dallas County District Clerk's Office communicated with the Court regarding the status of the record.

Accordingly, the Court **ORDERS** the Dallas County District Clerk to file the clerk's record within by **JANUARY 6, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 6; Gary Fitzsimmons,

Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE